**In re GRAND JURY SUBPOENA TO JOHN DOE.**

**No. 3:06–mc–1–J32MMH.**

United States District Court, M.D. Florida, Jacksonville Division.

Feb. 8, 2006.

---

### *ORDER* [1]

CORRIGAN, District Judge.

This case is before the Court on the United States' *In Camera* Motion for an Order to Show Cause Why Witness Should Not be Held in Contempt of Court (Doc. S–5), and petitioner John Doe's Motion to Quash Grand Jury Subpoena (Doc. S–13). Petitioner responded in opposition to the United States' Motion, (Doc. S–7), and the United States responded in opposition to petitioner's Motion (Doc. S–16). On February 2, 2006, the Court heard *in camera* argument on both motions.

### I. BACKGROUND

On December 1, 2005, petitioner's attorney accepted service of a grand jury subpoena directing petitioner to appear at the United States Courthouse in Jacksonville, Florida to provide a handwriting exemplar. The parties agreed to an extension of time to January 17, 2006 for petitioner to comply with the subpoena. After the parties were unable to agree to a further extension, the government filed *in camera* for an order to show cause why the petitioner should not be held in contempt for failure

---

1. To preserve grand jury secrecy, the undersigned has replaced all references to petitioner's name with the name "John Doe" and has deleted specific references to the grand jury. The Court has also made minor editorial revisions.

to complete the exemplar. Petitioner filed an *in camera* motion for an order continuing his appearance to afford him the opportunity to research and file a motion to quash the subpoena. (Doc. S–3). On January 20, 2006, the Court held an *in camera* telephone hearing to discuss the status of this matter. At the hearing, the Court granted petitioner's motion for extension of time to file a motion to quash the subpoena, and set the February 2, 2006 *in camera* hearing on the motion to quash and the government's motion for an order to show cause. Petitioner submitted the motion to quash (Doc. S–13) and a memorandum in support of the motion (Doc. S–15) on January 31, 2006. The government submitted its response (Doc. S–16) at the February 2, 2006 hearing. The government's' motion for an order to show cause and petitioner's motion to quash are considered in conjunction.

The grand jury seeks a handwriting exemplar from petitioner in furtherance of a criminal tax investigation. The government posits that Supreme Court precedent clearly establishes that a handwriting exemplar provided by the target of a criminal investigation does not implicate the Fifth Amendment privilege against self-incrimination. Petitioner assails the government's position and states that the overwhelming majority of publications by handwriting and psychological experts establish that handwriting itself is an "intellectual process," and compelling an individual to provide an exemplar impermissibly delves into the mind of the individual; thus, the giving of the exemplar is not just a physical act, but a testimonial and communicative exercise in violation of the Fifth Amendment. Petitioner further states that requiring such an exemplar violates the Fourth Amendment because he has a reasonable expectation of privacy in his handwriting. Petitioner finally argues that the government has failed to show that the subpoena is relevant to the grand jury investigation. The government responds that procuring a handwriting exemplar does not implicate the Fourth Amendment because petitioner does not have a reasonable expectation of privacy in his signature or writing, and that the handwriting exemplar is relevant to the tax fraud investigation.

## II. DISCUSSION

### A. Fifth Amendment

The Fifth Amendment provides that "[n]o person ... shall be compelled in any criminal case to be a witness against himself." U.S. Const. amend V. The seminal case on the constitutionality of handwriting exemplars under the Fifth Amendment is *Gilbert v. California*, 388 U.S. 263, 87 S.Ct. 1951, 18 L.Ed.2d 1178 (1967).

In *Gilbert*, the petitioner appealed his conviction for murder and robbery on multiple grounds, one of which was his claim that the FBI requiring him to provide a handwriting exemplar violated his Fifth Amendment right against self-incrimination. 388 U.S. at 266, 87 S.Ct. 1951. The Supreme Court held that a handwriting exemplar merely displays a physical characteristic and thus is outside Fifth Amendment protections. *Id.* at 267, 87 S.Ct. 1951. The Court noted that the Fifth Amendment only protects "communications, whatever form they might take," and distinguished a handwriting exemplar as falling outside of the protection because it is not "testimonial" or "communicative" in nature. *Id.* at 266–67, 87 S.Ct. 1951. The Court, however, somewhat qualified its holding and stated that "[n]o claim is made that the content of the exemplars was testimonial or communicative matter." *Id.* at 267, 87 S.Ct. 1951.

After *Gilbert*, the jurisprudence on handwriting exemplars remained undisturbed for the ensuing thirty-three years, including the most recent Eleventh Circuit

case on the issue, *United States v. Stone*, 9 F.3d 934, 942 (11th Cir.1993), where the Court's holding is consistent with *Gilbert*. However, in *United States v. Hubbell*, 530 U.S. 27, 120 S.Ct. 2037, 147 L.Ed.2d 24 (2000), Justice Thomas issued a concurring opinion, in which Justice Scalia joined, stating that in future cases he "would be willing to reconsider the scope and meaning of the Self-incrimination Clause." 530 U.S. 27, 49, 120 S.Ct. 2037, 147 L.Ed.2d 24 (concurring, J., Thomas).

In *Hubbell*, the Court considered the issues of (1) whether the Fifth Amendment privilege against self-incrimination protects a witness from being compelled to disclose the existence of incriminating documents that the government cannot describe with reasonable particularity, and (2) if the witness produces such documents pursuant to a grant of immunity, whether federal law prevents the government from using those documents to bring criminal charges against him. 530 U.S. at 29–30, 120 S.Ct. 2037. The Court held that because the witness's act of production was testimonial in nature, he could not be compelled to respond to the subpoena without a grant of immunity under 18 U.S.C. § 6003. *Id.* at 45–46, 120 S.Ct. 2037.

In the concurrence, Justices Thomas and Scalia state that they would be willing to re-examine the entire scope of the Self-incrimination Clause. *Id.* at 49, 120 S.Ct. 2037 (concurring, J., Thomas). In articulating their position, these Justices note that Supreme Court jurisprudence has limited the definition of the Fifth Amendment term "witness" to a "person that provides testimony," restricting the protection to those communications that are "testimonial" in nature. *Id.* at 49–50, 120 S.Ct. 2037 (concurring, J., Thomas). Justices Thomas and Scalia advocate a broader reading of the term "witness," contending the framers of the Constitution chose the word "witness" because it not only meant "to

provide testimony," but also "to give evidence" or "to furnish evidence." *Id.* at 50, 52–54, 120 S.Ct. 2037 (concurring, J., Thomas). If the Supreme Court were ultimately to agree with Justice Thomas' definition, one possible result is that a grand jury may not be able to compel a subject or target to perform any incriminating act, even those considered merely "physical," such as providing a handwriting exemplar.

Further, federal courts have addressed "testimonial" aspects of handwriting exemplars and held that exemplars procured from dictation, rather than from simply copying written words or phrases, are testimonial and communicative, and thus subject to Fifth Amendment protection. *See United States v. Campbell*, 732 F.2d 1017, 1021 (1st Cir.1984) (a handwriting exemplar pursuant to oral dictation violates an individual's Fifth Amendment rights because when the writer pens a word that is dictated, as opposed to merely being asked to write a word that is provided, it is akin to the individual providing the testimonial message of "[t]his is how I spell it"); *see also United States v. Matos*, 990 F.Supp. 141, 144 (E.D.N.Y.1998) (requiring a person to provide an exemplar from dictation that does not provide the spelling of the dictated words removes the handwriting exemplar from the purview of a mere physical act and into the realm of a testimonial or communicative act); *United States v. Wade*, 1995 WL 464908, *2 (S.D.N.Y.1995) (because a dictated handwriting exemplar requires the individual to demonstrate his cognitive abilities and reveal his thought processes, such an exemplar is prohibited by the Fifth Amendment); *Cf. United States v. Carrasquillo*, 2004 WL 102774, *4 (S.D.N.Y.2004) (only exemplars performed by dictation that contain spelling errors should be excluded under the Fifth Amendment).

Here, the United States does not seek to obtain petitioner's exemplar through dictation, thus the *Campbell* line of cases is inapplicable. However, based on the view Justices Thomas and Scalia espouse in *Hubbell*, it is no longer free from all doubt that the Supreme Court would deem the requested exemplar in this case as outside Fifth Amendment protections. Nevertheless, *Gilbert* is still controlling precedent and unless and until the Supreme Court revisits that decision, handwriting exemplars deemed non-testimonial and non-communicative are beyond Fifth Amendment reach. *See United States v. Gibson*, 434 F.3d 1234, 1246–47 (11th Cir.2006) ("we are not at liberty to disregard binding case law that is so closely on point and has been only weakened, rather than directly overruled, by the Supreme Court") (quoting *Fla. League of Prof. Lobbyists, Inc. v. Meggs*, 87 F.3d 457, 462 (11th Cir.1996)).

**B. Fourth Amendment**

Petitioner also contends that the Fourth Amendment's protection from unreasonable searches and seizures protects him from having to provide a handwriting exemplar because he has a reasonable expectation of privacy in his handwriting. Specifically, petitioner states that handwriting "discloses the intimate thought processes of a·person" and that he has attempted to make his signature private and free from "public incursion." (Doc. S–15, pp. 34–35). The government believes precedent establishes that the Fourth Amendment affords no protection to petitioner.

■■■■ A subpoena to appear before a grand jury is not a "seizure" within the meaning of the Fourth Amendment, *United States v. Dionisio*, 410 U.S. 1, 9, 93 S.Ct. 764, 35 L.Ed.2d 67 (1973), and the Fourth Amendment is not violated when a grand jury directs the subject of an investigation to provide a handwriting exemplar. *United States v. Mara*, 410 U.S. 19,

21–22, 93 S.Ct. 774, 35 L.Ed.2d 99 (1973). Here, the Court is not persuaded that, because petitioner has some notoriety and attempts to ensure his signature is not in the public domain, this distinguishes his handwriting and gives it Fourth Amendment protection.

**C. Reasonableness of the Grand Jury Subpoena**

■■■■ Petitioner, relying on *In re Grand Jury Proceedings (Schofield)*, 486 F.2d 85, 92 (3d Cir.1973), further contests the grand jury subpoena claiming that the government has failed to make the necessary showing via affidavit that the exemplar is relevant to this grand jury's investigation. The law, however, presumes, absent a showing to the contrary, that a grand jury acts within its legitimate scope of authority. *United States v. R. Enterprises, Inc.*, 498 U.S. 292, 300–01, 111 S.Ct. 722, 112 L.Ed.2d 795 (1991). The burden of showing unreasonableness of a grand jury subpoena is on the recipient who seeks to avoid compliance. *Id.* at 301, 111 S.Ct. 722.

■■■■ Here, the Court finds that petitioner has failed to show that the grand jury subpoena is unreasonable or irrelevant to the underlying investigation. During the February 2, 2006 hearing, it became readily apparent that petitioner is well informed as to the nature of the grand jury investigation. Due to the potential criminal tax charges at issue, petitioner has been afforded a conference with the Internal·Revenue Service ("IRS") to discuss the potential charges. While the Department of Justice is not bound by the charging recommendation of the IRS, petitioner understands that, regardless of the statute ultimately charged, if any, the investigation concerns allegations of tax related fraud. The government states in its memorandum opposing petitioner's motion to quash that

it is commonplace in criminal tax fraud investigations for a grand jury to seek handwriting exemplars as evidence of whether an individual signed certain documents. Thus, even assuming *arguendo* that the government is required to make a preliminary showing of relevance, which the Supreme Court does not seem to require, it has done so.

### D. The Exemplar

 Having concluded that petitioner must give a handwriting exemplar, the Court turns to the scope of that exemplar. Of course, the government may not, in the guise of a handwriting exemplar, compel petitioner to provide information which would otherwise be protected by the Fifth Amendment. During the February 2, 2006 hearing, the government provided the Court with a copy of the proposed handwriting exemplar. The exemplar is an official Department of the Treasury Internal Revenue Service Form 6540; the exemplar also includes a Form 1040X and ten copies of the first page of that form.[2] While the government refers to the exemplar as "routine," that reference is unavailing as "routine" government practices do not necessarily equate to constitutionality.

The exemplar requires petitioner to write his name, address, social security number, birthplace, birth date, age, whether he is right or left handed, his occupation, his highest educational level completed, and whether he has any conditions which affect his present writing ability. The exemplar also requires petitioner to write all upper and lower case alphabet letters, names and job titles of fictitious people, various words and phrases, dates, days of the week, dollar amounts, numbers and fictitious addresses; the exemplar includes a sample Form 1040 tax return, a

W–4 and 1040X forms for petitioner to sign.

The government states that the entire content of the exemplar is necessary to provide its handwriting expert sufficient information to make a proper handwriting comparison. However, at the conclusion of the February 2, 2006 hearing, the government offered to remove the identifying information from the first page of the exemplar and stated it would not require petitioner to sign any sample tax forms (W–4, 1040 and 1040X). The government made this offer to alleviate the Court's concern that requiring petitioner to provide this information may potentially transform what is considered a physical act under *Gilbert* and its progeny into a testimonial and communicative exercise barred by the Fifth Amendment.

It appears there are no cases addressing whether the full scope of the Form 6540 (including the sample tax forms—1040, W–4 and 1040X) is permissible under the Fifth Amendment. Because the government voluntarily offered to remove the potentially offending portions, the Court need not decide this issue. While the Court stops short of making such a ruling because of the government's agreement, this may be a case of first impression, at least with respect to this form of exemplar, so the Court offers some analysis, recognizing it is likely *dicta*.

The salient constitutional issue is at what point providing the exemplar ceases to be a mere physical act and becomes testimonial and communicative, thus invoking Fifth Amendment protections. The parties cited no cases addressing this issue. The only case the Court was able to uncover that addressed the overbreadth of handwriting exemplars is *United States v.*

---

**2.** A copy of the proposed exemplar is attached to this Order as Exhibit "A." The government represented at the February 2, 2006 hearing

that it only intended petitioner to sign the various blank tax forms, rather than fill them out in their entirety.

*McVeigh,* 896 F.Supp. 1549 (W.D.Okla. 1995). However, *McVeigh* only provides that after reviewing the three exemplars sought, the Court found no basis for concluding they were unreasonable or overbroad. 896 F.Supp. at 1558. Other than that the three exemplars sought cursive handwriting, there was no discussion as to the content of the exemplars. *Id.* Thus, this Court is left to analyze any testimonial aspects of the subject exemplar in light of Supreme Court precedent setting forth general "testimonial" standards.

■ To be testimonial the communication must, "explicitly or implicitly, relate a factual assertion or disclose information." *Hubbell,* 530 U.S. at 37, n. 19, 120 S.Ct. 2037: *Pennsylvania v. Muniz,* 496 U.S. 582, 589, 110 S.Ct. 2638, 110 L.Ed.2d 528 (1990); *Doe v. United States,* 487 U.S. 201, 210, 108 S.Ct. 2341, 101 L.Ed.2d 184 (1988). "Only then is a person compelled to be a 'witness' against himself." *Doe,* 487 U.S. at 210, 108 S.Ct. 2341.

The government analogizes the first half of page one of the exemplar to routine booking questions. *See Muniz,* 496 U.S. at 601–02, 110 S.Ct. 2638 (questions of an individual's name, address, height, weight, eye color, date of birth and age fall within the routine booking question exception to *Miranda*[3] and fall outside Fifth Amendment protection because they merely address biographical data necessary to complete booking and pre-trial services). However, the information sought on the first half of page one is not limited to this type of information. The exemplar also seeks, *inter alia,* petitioner's social security number, birthplace, occupation, the name, address and relationship of his nearest relative, and his highest level of education completed. Applying *Hubbell, Muniz* and *Doe,* a court might potentially find that these questions on page one, or

at least some of them, ask petitioner to "disclose information" about himself, perhaps removing the exemplar from the realm of a mere physical act into a testimonial exercise in a given case.

As to the replica tax forms, the government represents that petitioner would only be required to sign his name on them, rather than writing all of the typical W–4, 1040 and 1040X information. The proffered reason for having petitioner sign the sample tax forms is that it would provide a necessary basis for a handwriting comparison because petitioner would have to sign his name in a box of similar dimensions as that appearing on the tax forms under investigation. However, as the government concedes, it certainly does not need to use replica tax forms to achieve this goal. It may well be that requiring such goes beyond a mere "physical" exemplar and asks petitioner to provide potentially incriminating "testimonial" evidence. Because of the government's concession, the Court need not decide this issue.

### III. CONCLUSION

Currently, controlling Supreme Court precedent provides that neither the Fourth nor Fifth Amendment protects petitioner from being compelled to provide a nontestimonial handwriting exemplar pursuant to a grand jury subpoena. Petitioner also fails to meet his burden to show that there is no reasonable possibility that the exemplar will produce information relevant to the ongoing grand jury investigation. Petitioner will be required to give the handwriting exemplar in its entirety, except for portions of the first half of page one seeking personal information and page eight (containing tax forms). In addition, instead of requiring petitioner to sign his name on blank tax forms, the government may obtain petitioner's signature and the date in blank signature boxes of the same

---

3. *Miranda v. Arizona,* 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966).

dimensions as those appearing on the W–4, 1040 and 1040X forms without any other identifying information. The allowable exemplar is attached as Exhibit "B." [4]

Accordingly, it is hereby **ORDERED:**

1. Petitioner's Motion to Quash Grand Jury Subpoena (Doc. S–13) is **GRANTED IN PART AND DENIED IN PART.** Petitioner is ordered to appear at the Office of the United States Attorney for the Middle District of Florida, Jacksonville Division, located on the eighth floor of the United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202, on **March 1, 2006, at 10:00 a.m.**, to perform the handwriting exemplar consistent with this Order. Because the performance of the handwriting exemplar will not occur before the grand jury, but rather inside the United States Attorneys' Office, petitioner may be accompanied by one of his counsel, but counsel may not interfere with

the giving of the exemplar consistent with this Order.[5] The United States and petitioner are at liberty to mutually agree to another time and place for petitioner to perform the exemplar as long as it occurs on or before the **March 1, 2006** deadline set forth above.

2. The United States' *In Camera* Motion for an Order to Show Cause Why Witness Should **not be Held in** Contempt of Court (Doc. S–5) is **DEFERRED.** If petitioner fails to appear and give the exemplar as ordered herein, the Court orders him to appear at the United States Courthouse referenced above in Courtroom 10B on **March 6, 2006, at 3:45 p.m.**, to show cause why he should not be held in civil contempt. The government should file an in camera notice on **March 2, 2006,** with service to petitioner's counsel, stating whether petitioner has complied or whether the show cause hearing must go forward.[6]

---

4. Exhibit "B" does not include replicas of the signature boxes contained in the 1040, W–4 and 1040X forms. While the government is permitted to have petitioner sign his name and date in signature boxes that meet the dimensions of those in the W–4, 1040 and 1040X forms, the boxes must appear on otherwise blank sheets of paper (though provisions can be made for a witness to petitioner's signature to sign as well). The government must create these replica signature boxes if it desires petitioner to sign them.

5. Because the return of the subpoena is in the United States Attorneys' Office and not before

the grand jury, the Court does not believe that Rule 6(d)(1), Federal Rules of Criminal Procedure, which limits the individuals allowed inside the grand jury session, applies.

6. Petitioner's Motion for Leave to File an Over Length Brief (Doc. S–14) is **GRANTED.** Petitioner's Points and Authorities in Support of Motion to Quash Grand Jury Subpoena (Doc. S–15) is deemed filed and has been considered by the Court.

# Handwriting/Hand printing Exemplar

## TO BE COMPLETED BY SUBJECT (not witness)

| | |
|---|---|
| Name | Social Security Number |
| Address | Birthplace |
| | Birthdate |
| Name, Address and Relationship of Nearest Relative | Your Age |
| | Right handed or Left handed Writer |
| Employer and Employer's Address | Your Occupation |
| | Highest Education Completed |

Do you have any condition(s) which may affect your present writing ability? Yes ☐ No ☐

If yes, explain:

---

The CAPITAL letters of the Alphabet

The lower case letters of the Alphabet

| Signature | Witness's Signature |
|---|---|
| Date | Date and Time |

Exhibit A

Form 6540 (Rev 11-2001) Page 1 Cat #43431R Department of the Treasury-Internal Revenue Service

1194

## Handwriting/Hand printing Exemplar -- Continued

Arthur Thomas Rosenburg, Doctor

_____

Annabelle Ursula Smith, Nurse

_____

Bryan Douglas Robinson, President

_____

Betsy Lynn Sheaffer, Stepdaughter

_____

Charles J. Miller Johnson, Creditor

_____

Connie Patricia Roman, Asst. Manager

_____

Douglas Nathan MacHartbrough, Jr.

_____

Debbi Teresa Johnston, Secretary

_____

Edward Lewis Cook Pierce, Son

_____

Elizabeth Kathlyn Enjoli Regan, C.P.A.

_____

Latonya Francis Xavier, Esquire

_____

Jacqueline Kelly Thompson, Manager

_____

Gregory Niles Brown Rodgers, Dentist

_____

Horatio Alexander Ibsen, Doctor

_____

Isadora Jenkins Xerxes, Supervisor

_____

| Signature | Witness's Signature |
|---|---|
| Date | Date and Time |

## Handwriting/Hand printing Exemplar – Continued

Kyle Mitchell O'Dell, Computer Asst.

Nathaniel Palmer Jones Williams, V.P.

Quincy Rufus Jones O'Donald, Grantor

Reginald Harrison Richardson, Sr.

Stephen Vincent Brockington, Esq.

Timothy Kenneth Ziegler, Ph.D.

Stanley George Kominski, Plumber

Valarie Maria Townsend, Dentist

Wallace Harry Ridgley, Secretary

Zackery Samuel Goldbert, C.P.A.

Martin James Oliver Pinkman, O.D.

Boris Hugo Quirke, Accountant

Renaldo Garcia Gonzalez, Salesman

Yvette Davis Anthony Caruso, Trustee

Webster Lawrence Underhill, President

| Signature | Witness's Signature |
|---|---|
| Date | Date and Time |

Form 6540 (Rev. 11-1994) Page 3 Cat #43431R Department of the Treasury Internal Revenue Service

## Handwriting/Hand printing Exemplar -- Continued

| | | | |
|---|---|---|---|
| Paid Cash | _____ | Interest Expense | _____ |
| Rec'd Loan | _____ | Secured Loan | _____ |
| Approximate | _____ | Office Supplies | _____ |
| Statements | _____ | For Deposit Only | _____ |
| Balance | _____ | Bank Deposit | _____ |
| Withdrawal | _____ | Paid in Full | _____ |
| Internal Revenue Service Center | | | |

A tour through our national parks would be enjoyable to you, I know. We left Los Angeles at 7:45 a.m., September 20th, via Valley Boulevard, and motored to the Grand Canyon in Arizona. From there we drove to Zion National Park in Utah. Next, a jump to Yellowstone. Then we drove up the coast, into California, and through the Redwood Forest to San Francisco, the commercial hub, arriving at 9:30 p.m., October 21st. Here Mr. and Mrs. John X. Dix of 685 East Queen Street, Topeka, Kansas joined us. Overall, I found the roads good, and some quite equal to the best.

| Signature | Witness's Signature |
|---|---|
| Date | Date and Time |

## Handwriting/Hand printing Exemplar -- Continued

| | | | |
|---|---|---|---|
| January 5, 1999 | _____ | February 3, 2002 | _____ |
| March 14, 1998 | _____ | September 17, 2001 | _____ |
| May 27, 1997 | _____ | November 6, 2000 | _____ |
| July 25, 1996 | _____ | August 31, 2001 | _____ |
| April 4, 2003 | _____ | October 8, 2002 | _____ |
| June 16, 2000 | _____ | December 5, 1998 | _____ |
| Monday | _____ | Tuesday | _____ |
| Wednesday | _____ | Thursday | _____ |
| Friday | _____ | Saturday | _____ |
| Sunday | _____ | Mon. | _____ |
| Tues. | _____ | Wed. | _____ |
| Thurs. | _____ | Fri. | _____ |
| Sat. | _____ | Sun. | _____ |

In numeric form, write the following amounts

| | | | |
|---|---|---|---|
| $8386 | _____ | $5124 and 76/100 | _____ |
| $714.00 | _____ | $3,964 and 26/XX | _____ |
| $15,000.00 | _____ | $2,678. and 91/00 | _____ |
| $76289.00 | _____ | $35,489 & xx/100 | _____ |
| $4685. | _____ | $42,375 and 00/00 | _____ |
| $12345.67 | _____ | $2,747. & 65/100 | _____ |
| $72,964.36 | _____ | $51,333 and XX/00 | _____ |
| $100000.00 | _____ | $596,899 & no/100 | _____ |

| | |
|---|---|
| Signature | Witness's Signature |
| Date | Date and Time |

1198

**Write/print the following words and numbers:**

| | | | |
|---|---|---|---|
| One _____ | Two _____ | Three _____ | Four _____ |
| Five _____ | Six _____ | Seven _____ | Eight _____ |
| Nine _____ | Ten _____ | Eleven _____ | Twelve _____ |
| Thirteen _____ | | Fourteen _____ | |
| Fifteen _____ | | Sixteen _____ | |
| Seventeen _____ | | Eighteen _____ | |
| Nineteen _____ | | Twenty _____ | |
| Twenty four _____ | | Twenty Two _____ | |
| Thirty three _____ | | Thirty Five _____ | |
| Forty six _____ | | Forty Eight _____ | |
| Fifty two _____ | | Fifty One _____ | |
| Sixty one _____ | | Sixty Three _____ | |
| Seventy five _____ | | Seventy _____ | |
| Eighty three _____ | | Eighty four _____ | |
| Ninety six _____ | | Ninety Nine _____ | |
| One hundred _____ | | Two Hundred _____ | |
| Eleven thousand _____ | | Three million _____ | |

Six hundred forty seven thousand _____

Seven hundred ninety two thousand _____

Fifty Eight Thousand Dollars _____

One hundred thousand dollars _____

| Signature | Witness's Signature |
|---|---|
| Date | Date and Time |

Form 6540 (Rev 11-2004) Page 6 Cat #43431R Department of the Treasury Internal Revenue Service

▰▰▰▰▰▰▰▰▰▰▰▰

## Handwriting/Hand printing Exemplar -- Continued

100% Financial Security Service
2001 South Kentwood Boulevard
Kansas City, Missouri 64999 - 0102

North Heights Day Care Center
1976 Highland Corporate Avenue
Holtsville, New York 11742 - 0002

Vasquez-McKinney, President
8348 Michael Brookhaven Court
Fresno, California 93888

Main Drive Priority Loans
7658 East Campbell Street
Memphis, Tennessee 37501

Sterling West @ daughter.mail.com

Felicia Annette Rodriguez
2244 Bradley Field Parkway
Philadelphia, Pennsylvania 19255

Husband & Wife Catering Service
54th & 3rd at Southfield Square
Cincinnati, Ohio 45999

Dollar Bills Savings + Loan
5529 Ogden Andover Lane
Atlanta, GA 39901

Nick Burkett, Sales Assistant
7589 Medical Place Suite #432
C/O Post Office Box 1693
Austin, Texas 73301

| Signature | Witness's Signature |
|---|---|
| Date | Date and Time |

Form 6540 (Rev 11-2000) Page 7 Cat #43431R Department of the Treasury Internal Revenue Service

---

## Handwriting/Hand printing Exemplar -- Continued

---

Date _____ Check No. _____

Pay To _____ $ _____

_____ Dollars

For _____ Signature _____

---

| Form **W-4** | **Employee's Withholding Allowance Certificate** | |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ➤ **For Privacy Act and Paperwork Reduction Act Notice, see reverse.** | |

| 1 Type or print your first name and middle initial Last Name | | 2 Your social security number |
|---|---|---|
| Home address (number and street or rural route) | 3 Marital Status | ☐ Single ☐ Married<br>☐ Married, but withhold at a higher Single rate<br>Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box |
| City or town, state, and Zip code | | |

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or, if claiming exemption from withholding that I am entitled to claim the exempt status.

**Employee's signature** ➤ Date ➤ , 200

| 8 Employer's name and address (Employer: Complete 8, 9, and 10 only if sending to IRS) | 9 Office code | 10 Employer Identification number |
|---|---|---|

---

**Form 1040** Department of the Treasury – Internal Revenue Service
**U.S. Individual Income Tax Return**

For the year Jan.-Dec. 31, 200 , or other tax year beginning _____ , 200 , ending _____ , 20 OMB No. 1545-0074

Label

| Your first name and initial | Last Name | Your social security number |
|---|---|---|
| If a joint return, spouse's first name and initial | Last Name | Spouse's social security number |
| Present home address (number and street or rural route). | | Apartment Number |
| City, town or post office, state, and ZIP code | | |

Use IRS label, otherwise Please print or type.

| Dependents:<br>(1) First name Last name | Dependent's Soc. Sec. Number | Dependent's Relationship to You |
|---|---|---|
| | | |
| | | |
| | | |

| Signature | Witness's Signature |
|---|---|
| Date | Date and Time |

---

Cat. #424240

## Handwriting/Hand printing Exemplar -- Continued

**Form 1040X**
(Rev. November 1997)

Department of the Treasury—Internal Revenue Service

## Amended U.S. Individual Income Tax Return
► See separate instructions.

OMB No 1545-0091

This return is for calendar year ► 19___ , OR fiscal year ended ► _____ , 19___ .

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Telephone number (optional) ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. | | For Paperwork Reduction Act Notice, see page 4. |

*(Please print or type)*

**A** If the name or address shown above is different from that shown on the original return, check here . . . . . . ► ☐

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? . . ☐ Yes ☐ No

**C** Filing status. Be sure to complete this line. Note: *You cannot change from joint to separate returns after the due date.*

On original return ► ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ► ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

*If the qualifying person is a child but not your dependent, see instructions.*

| USE PART II ON BACK TO EXPLAIN ANY CHANGES | | A. Original amount or as previously adjusted (see instructions) | B. Net change— increase or (Decrease)— explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see Instructions)** | | | | |
| 1 Adjusted gross income (see instructions) . . . . . . . | 1 | | | |
| 2 Itemized deductions or standard deduction . . . . . . | 2 | | | |
| 3 Subtract line 2 from line 1 . . . . . . . . . . . . | 3 | | | |
| 4 Exemptions. If changing, fill in Parts I and II on back . . . | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 . . . . . | 5 | | | |
| 6 Tax (see instructions). Method used in col. C _____ | 6 | | | |
| 7 Credits (see instructions) . . . . . . . . . . . . | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero . | 8 | | | |
| 9 Other taxes (see instructions) . . . . . . . . . . | 9 | | | |
| 10 Total tax. Add lines 8 and 9 . . . . . . . . . . . | 10 | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see instructions . . . . | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return . . . . . . . . . . . . . . . . . | 12 | | | |
| 13 Earned income credit . . . . . . . . . . . . . | 13 | | | |
| 14 Credits from Form 4136 or Form 2439 . . . . . . . | 14 | | | |
| 15 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) . . . . . | | | | 15 |
| 16 Amount of tax paid with original return plus additional tax paid after it was filed . . . . . | | | | 16 |
| 17 Total payments. Add lines 11 through 16 in column C . . . . . . . . . . . . . . | | | | 17 |
| **Refund or Amount You Owe** | | | | |
| 18 Overpayment, if any, as shown on original return or as previously adjusted by the IRS . . . | | | | 18 |
| 19 Subtract line 18 from line 17 (see instructions) . . . . . . . . . . . . . . | | | | 19 |
| 20 AMOUNT YOU OWE. If line 10, column C, is more than line 19, enter the difference and see instructions | | | | 20 |
| 21 If line 10, column C, is less than line 19, enter the difference . . . . . . . . . | | | | 21 |
| 22 Amount of line 21 you want REFUNDED TO YOU . . . . . . . . . . . . . . | | | | 22 |
| 23 Amount of line 21 you want APPLIED TO YOUR 19___ ESTIMATED TAX | 23 | | | |

**Sign Here**

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

► Your signature _____ Date _____

► Spouse's signature. If a joint return, BOTH must sign. _____ Date _____

**Paid Preparer's Use Only**

| Preparer's signature ► | Date | Check if self-employed ☐ | Preparer's social security no |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address ► | | EIN | |
| | | ZIP code | |

Cat. No. 11360L

Form **1040X** (Rev. 11-97)

Form 1040X (Rev. 11-97)

**Part I** Exemptions. See Form 1040, Form 1040A, or Form 1040-T instructions.

If you are not changing your exemptions, do not complete this part.
If claiming more exemptions, complete lines 24–30 and, if applicable, line 31.
If claiming fewer exemptions, complete lines 24–29.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 24 | Yourself and spouse . . . . . . . . . . . . . . . . | | | |
| | Caution: If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | |
| 25 | Your dependent children who lived with you . . . . . . . . | | | |
| 26 | Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . . | | | |
| 27 | Other dependents . . . . . . . . . . . . . . . . . . | | | |
| 28 | Total number of exemptions. Add lines 24 through 27 . . . . . | | | |
| 29 | Multiply the number of exemptions claimed on line 28 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | | | |

| Tax year | Exemption amount | But see the instructions if the amount on line 1 is over: |
|---|---|---|
| 1997 | $2,650 | $90,900 |
| 1996 | 2,550 | $8,475 |
| 1995 | 2,500 | $6,025 |
| 1994 | 2,450 | $3,650 |

29 |

**30** Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name | Last name | (b) Dependent's social security number. If born in the tax year you are amending, see instructions. | (c) Dependent's relationship to you | (d) No. of months lived in your home |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on line 30 who:
- lived with you . . . ▶ ☐
- did not live with you due to divorce or separation (see instructions) ▶ ☐

Dependents on line 30 not entered above ▶ ☐

**31** For tax years before 1996, if your child listed on line 30 did not live with you but is claimed as your dependent under a pre-1985 agreement, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Part II** Explanation of Changes to Income, Deductions, and Credits

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See instructions. Also, check here . . . . . . . . . . ▶ ☐

**Part III** Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.

If you did not previously want to have $3 go to the fund but now want to, check here . . . . . . . . . . . . . ▶ ☐
If a joint return and your spouse did not previously want to have $3 go to the fund but now wants to, check here . . . ▶ ☐

| Form **1040X** | Amended U.S. Individual Income Tax Return | OMB No. 1545-0091 |
|---|---|---|
| (Rev. November 1997) | Department of the Treasury—Internal Revenue Service | |
| | ▶ See separate instructions. | |

This return is for calendar year ▶ 19 ___ , OR fiscal year ended ▶ ___ , 19 ___ .

| | | | |
|---|---|---|---|
| Your first name and initial | Last name | | Your social security number |
| If a joint return, spouse's first name and initial | Last name | | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | | Apt. no. | Telephone number (optional) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. | | | For Paperwork Reduction Act Notice, see page 4. |

**A** If the name or address shown above is different from that shown on the original return, check here . . . . . . . ▶ ☐

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? . . ☐ Yes ☐ No

**C** Filing status. Be sure to complete this line. Note: *You cannot change from joint to separate returns after the due date.*
On original return ▶ ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)
On this return ▶ ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)
*If the qualifying person is a child but not your dependent, see instructions.

| USE PART II ON BACK TO EXPLAIN ANY CHANGES | | A. Original amount or as previously adjusted (see instructions) | B. Net change—Increase or (Decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see instructions)** | | | | |
| 1 Adjusted gross income (see instructions) . . . . . . . . | 1 | | | |
| 2 Itemized deductions or standard deduction . . . . . . | 2 | | | |
| 3 Subtract line 2 from line 1 . . . . . . . . . . . . . | 3 | | | |
| 4 Exemptions. If changing, fill in Parts I and II on back . . . | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 . . . . . . | 5 | | | |
| 6 Tax (see instructions). Method used in col. C ............... | 6 | | | |
| 7 Credits (see instructions) . . . . . . . . . . . . . | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero . | 8 | | | |
| 9 Other taxes (see instructions) . . . . . . . . . . . | 9 | | | |
| 10 Total tax. Add lines 8 and 9 . . . . . . . . . . . . | 10 | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see instructions . . . . | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return . . . . . . . . . . . . . . . . . | 12 | | | |
| 13 Earned income credit . . . . . . . . . . . . . . | 13 | | | |
| 14 Credits from Form 4136 or Form 2439 . . . . . . . . . | 14 | | | |
| 15 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) . . . . . | 15 | | | |
| 16 Amount of tax paid with original return plus additional tax paid after it was filed . . . . . . | 16 | | | |
| 17 Total payments. Add lines 11 through 16 in column C . . . . . | 17 | | | |
| **Refund or Amount You Owe** | | | | |
| 18 Overpayment, if any, as shown on original return or as previously adjusted by the IRS . . . . | 18 | | | |
| 19 Subtract line 18 from line 17 (see instructions) . . . . . . . . . | 19 | | | |
| 20 **AMOUNT YOU OWE.** If line 10, column C, is more than line 19, enter the difference and see instructions | 20 | | | |
| 21 If line 10, column C, is less than line 19, enter the difference . . . . . . . . . . . . | 21 | | | |
| 22 Amount of line 21 you want REFUNDED TO YOU . . . . . . . . . . . . . . . | 22 | | | |
| 23 Amount of line 21 you want APPLIED TO YOUR 19___ ESTIMATED TAX | 23 | | | |

**Sign Here**
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature _____ Date _____ ▶ Spouse's signature. If a joint return, BOTH must sign. _____ Date _____

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address ▶ | | | EIN |
| | | | ZIP code |

Cat. No. 11360L Form **1040X** (Rev. 11-97)

**Form 1040X**
(Rev. November 1997)

Department of the Treasury—Internal Revenue Service

## Amended U.S. Individual Income Tax Return

► See separate instructions.

OMB No. 1545-0091

This return is for calendar year ► 19 _____ , OR fiscal year ended ► _____ , 19 _____ .

| | | |
|---|---|---|
| Your first name and initial | Last name | Your social security number |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Telephone number (optional) ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. | | For Paperwork Reduction Act Notice, see page 4. |

*(Please print or type)*

**A** If the name or address shown above is different from that shown on the original return, check here . . . . . . ► ☐

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? . . ☐ Yes ☐ No

**C** Filing status. Be sure to complete this line. Note: *You cannot change from joint to separate returns after the due date.*

On original return ► ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

On this return ► ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

\* If the qualifying person is a child but not your dependent, see instructions.

### USE PART II ON BACK TO EXPLAIN ANY CHANGES

| | | A. Original amount or as previously adjusted (see instructions) | B. Net change—Increase or (Decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see instructions)** | | | | |
| 1 Adjusted gross income (see instructions) . . . . . . . | 1 | | | |
| 2 Itemized deductions or standard deduction . . . . . . | 2 | | | |
| 3 Subtract line 2 from line 1 . . . . . . . . . . | 3 | | | |
| 4 Exemptions. If changing, fill in Parts I and II on back . . . | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 . . . . . . | 5 | | | |
| 6 Tax (see instructions). Method used in col. C ................. | 6 | | | |
| 7 Credits (see instructions) . . . . . . . . . . . . | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero . | 8 | | | |
| 9 Other taxes (see instructions) . . . . . . . . . . | 9 | | | |
| 10 Total tax. Add lines 8 and 9 . . . . . . . . . . . | 10 | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see instructions . . . . | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return . . . . . . . . . . . . . . | 12 | | | |
| 13 Earned income credit . . . . . . . . . . . . . | 13 | | | |
| 14 Credits from Form 4136 or Form 2439 . . . . . . . . | 14 | | | |
| 15 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) . . . . . | 15 | | | |
| 16 Amount of tax paid with original return plus additional tax paid after it was filed . . . . . | 16 | | | |
| 17 Total payments. Add lines 11 through 16 in column C . . . . . . . . . . . . . . . | 17 | | | |
| **Refund or Amount You Owe** | | | | |
| 18 Overpayment, if any, as shown on original return or as previously adjusted by the IRS . . . . . | 18 | | | |
| 19 Subtract line 18 from line 17 (see instructions) . . . . . . . . . . . . . . . . | 19 | | | |
| 20 AMOUNT YOU OWE. If line 10, column C, is more than line 19, enter the difference and see instructions | 20 | | | |
| 21 If line 10, column C, is less than line 19, enter the difference . . . . . . . . . . . . | 21 | | | |
| 22 Amount of line 21 you want REFUNDED TO YOU . . . . . . . . . . . . . . . | 22 | | | |
| 23 Amount of line 21 you want APPLIED TO YOUR 19 _____ ESTIMATED TAX | 23 | | | |

*(Tax Liability / Payments)*

**Sign Here**

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

► Your signature _____ Date _____

► Spouse's signature. If a joint return, BOTH must sign. _____ Date _____

**Paid Preparer's Use Only**

| Preparer's signature ► | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address ► | | EIN | ZIP code |

Cat. No. 11360L

Form **1040X** (Rev. 11-97)

**Form 1040X**
(Rev. November 1997)

Department of the Treasury—Internal Revenue Service

## Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 19___ , OR fiscal year ended ▶ ___, 19___.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Telephone number (optional) ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. | | For Paperwork Reduction Act Notice, see page 4. |

*Please print or type*

**A** If the name or address shown above is different from that shown on the original return, check here . . . . . . . ▶ ☐

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? . . ☐ Yes ☐ No

**C** Filing status. Be sure to complete this line. Note: *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see instructions.

| USE PART II ON BACK TO EXPLAIN ANY CHANGES | | A. Original amount or as previously adjusted (see instructions) | B. Net change—Increase or (Decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see instructions)** | | | | |
| 1 Adjusted gross income (see instructions) . . . . . . . | 1 | | | |
| 2 Itemized deductions or standard deduction . . . . . . | 2 | | | |
| 3 Subtract line 2 from line 1 . . . . . . . . . . | 3 | | | |
| 4 Exemptions. If changing, fill in Parts I and II on back . . . | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 . . . . . . | 5 | | | |
| 6 Tax (see instructions). Method used in col. C _____ | 6 | | | |
| 7 Credits (see instructions) . . . . . . . . . . | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero . | 8 | | | |
| 9 Other taxes (see instructions) . . . . . . . . . | 9 | | | |
| 10 Total tax. Add lines 8 and 9 . . . . . . . . . | 10 | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see instructions . . . . | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return . . . . . . . . . . . . . . . | 12 | | | |
| 13 Earned income credit . . . . . . . . . . . . | 13 | | | |
| 14 Credits from Form 4136 or Form 2439 . . . . . . | 14 | | | |
| 15 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) . . . . . | | | | 15 |
| 16 Amount of tax paid with original return plus additional tax paid after it was filed . . . . . | | | | 16 |
| 17 Total payments. Add lines 11 through 16 in column C . . . . . . . . . . . . . . | | | | 17 |
| **Refund or Amount You Owe** | | | | |
| 18 Overpayment, if any, as shown on original return or as previously adjusted by the IRS . . . | | | | 18 |
| 19 Subtract line 18 from line 17 (see instructions) . . . . . . . . . . . . . . | | | | 19 |
| 20 AMOUNT YOU OWE. If line 10, column C, is more than line 19, enter the difference and see instructions | | | | 20 |
| 21 If line 10, column C, is less than line 19, enter the difference . . . . . . . . . . | | | | 21 |
| 22 Amount of line 21 you want REFUNDED TO YOU . . . . . . . . . . . . . | | | | 22 |
| 23 Amount of line 21 you want APPLIED TO YOUR 19___ ESTIMATED TAX | 23 | | | |

*Tax Liability* / *Payments*

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Keep a copy of this return for your records.

▶ Your signature Date ▶ Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address ▶ | | EIN | ZIP code |

Cat. No. 11360L

Form **1040X** (Rev. 11-97)

**Form 1040X**
(Rev. November 1997)

Department of the Treasury—Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate Instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 19_____ , OR fiscal year ended ▶ _____ , 19_____ .

| | | | |
|---|---|---|---|
| Your first name and initial | Last name | | Your social security number |
| If a joint return, spouse's first name and initial | Last name | | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | | Apt. no. | Telephone number (optional) ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. | | | For Paperwork Reduction Act Notice, see page 4. |

*(left margin: Please print or type)*

**A** If the name or address shown above is different from that shown on the original return, check here . . . . . . ▶ ☐

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? . . ☐ Yes ☐ No

**C** Filing status. Be sure to complete this line. Note: *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see instructions.

| USE PART II ON BACK TO EXPLAIN ANY CHANGES | | A. Original amount or as previously adjusted (see instructions) | B. Net change— Increase or (Decrease)— explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see instructions)** | | | | |
| 1 Adjusted gross income (see instructions) . . . . . . . | 1 | | | |
| 2 Itemized deductions or standard deduction . . . . . . | 2 | | | |
| 3 Subtract line 2 from line 1 . . . . . . . . . . | 3 | | | |
| 4 Exemptions. If changing, fill in Parts I and II on back . . . | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 . . . . . | 5 | | | |
| 6 Tax (see instructions). Method used in col. C _____ | 6 | | | |
| 7 Credits (see instructions) . . . . . . . . . . | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero . | 8 | | | |
| 9 Other taxes (see instructions) . . . . . . . . . | 9 | | | |
| 10 Total tax. Add lines 8 and 9 . . . . . . . . . | 10 | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see instructions . . . . | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return . . . . . . . . . . . . . | 12 | | | |
| 13 Earned income credit . . . . . . . . . . . | 13 | | | |
| 14 Credits from Form 4136 or Form 2439 . . . . . . . | 14 | | | |

*(left margin: Tax Liability / Payments)*

| | | |
|---|---|---|
| 15 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) . . . . . | 15 | |
| 16 Amount of tax paid with original return plus additional tax paid after it was filed . . . . . | 16 | |
| 17 Total payments. Add lines 11 through 16 in column C . . . . . . . . . . . . . | 17 | |

### Refund or Amount You Owe

| | | |
|---|---|---|
| 18 Overpayment, if any, as shown on original return or as previously adjusted by the IRS . . . . | 18 | |
| 19 Subtract line 18 from line 17 (see instructions) . . . . . . . . . . . . . . . . | 19 | |
| 20 AMOUNT YOU OWE. If line 10, column C, is more than line 19, enter the difference and see instructions | 20 | |
| 21 If line 10, column C, is less than line 19, enter the difference . . . . . . . . . . . | 21 | |
| 22 Amount of line 21 you want REFUNDED TO YOU . . . . . . . . . . . . . . . | 22 | |
| 23 Amount of line 21 you want APPLIED TO YOUR 19___ ESTIMATED TAX | 23 | |

**Sign Here**

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature _____ Date _____

▶ Spouse's signature. If a joint return, BOTH must sign. _____ Date _____

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | | Date _____ | Check if self-employed ☐ | Preparer's social security no. |
| Firm's name (or yours if self-employed) and address ▶ | | | EIN |
| | | | ZIP code |

Cat. No. 11360L

Form **1040X** (Rev. 11-97)

**Form 1040X**
(Rev. November 1997)

Department of the Treasury—Internal Revenue Service

**Amended U.S. Individual Income Tax Return**

▶ See separate instructions.

OMB No. 1545-0091

This return is for calendar year ▶ 19____ , OR fiscal year ended ▶ ____, 19____

| Please print or type | | |
|---|---|---|
| Your first name and initial | Last name | Your social security number |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Telephone number (optional) ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. | | For Paperwork Reduction Act Notice, see page 4. |

**A** If the name or address shown above is different from that shown on the original return, check here . . . . . . ▶ ☐

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? . . ☐ Yes ☐ No

**C** Filing status. Be sure to complete this line. Note: *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see instructions.

| USE PART II ON BACK TO EXPLAIN ANY CHANGES | | A. Original amount or as previously adjusted (see instructions) | B. Net change—increase or (Decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see instructions)** | | | | |
| 1 Adjusted gross income (see instructions) . . . . . . . | 1 | | | |
| 2 Itemized deductions or standard deduction . . . . . . | 2 | | | |
| 3 Subtract line 2 from line 1 . . . . . . . . . . . . | 3 | | | |
| 4 Exemptions. If changing, fill in Parts I and II on back . . . | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 . . . . . . | 5 | | | |
| 6 Tax (see instructions). Method used in col. C ................... | 6 | | | |
| 7 Credits (see instructions) . . . . . . . . . . . . . | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero . | 8 | | | |
| 9 Other taxes (see instructions) . . . . . . . . . . . | 9 | | | |
| 10 Total tax. Add lines 8 and 9 . . . . . . . . . . . | 10 | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see instructions . . . . | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return . . . . . . . . . . . . . . . . | 12 | | | |
| 13 Earned income credit . . . . . . . . . . . . . | 13 | | | |
| 14 Credits from Form 4136 or Form 2439 . . . . . . . | 14 | | | |
| 15 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) . . . . . | 15 | | | |
| 16 Amount of tax paid with original return plus additional tax paid after it was filed . . . . . | 16 | | | |
| 17 Total payments. Add lines 11 through 16 in column C . . . . | 17 | | | |
| **Refund or Amount You Owe** | | | | |
| 18 Overpayment, if any, as shown on original return or as previously adjusted by the IRS . . . . . . | 18 | | | |
| 19 Subtract line 18 from line 17 (see instructions) . . . . . . . . . . . . . | 19 | | | |
| 20 AMOUNT YOU OWE. If line 10, column C, is more than line 19, enter the difference and see instructions | 20 | | | |
| 21 If line 10, column C, is less than line 19, enter the difference . . . . . . . . . . | 21 | | | |
| 22 Amount of line 21 you want REFUNDED TO YOU . . . . . . . . . . . | 22 | | | |
| 23 Amount of line 21 you want APPLIED TO YOUR 19____ ESTIMATED TAX | 23 | | | |

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

Keep a copy of this return for your records.

| ▶ Your signature | Date | ▶ Spouse's signature. If a joint return, BOTH must sign. | Date |
|---|---|---|---|

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address ▶ | | | EIN |
| | | | ZIP code |

Cat. No. 11360L

Form **1040X** (Rev. 11-97)

**Form 1040X**
(Rev. November 1997)

Department of the Treasury—Internal Revenue Service

**Amended U.S. Individual Income Tax Return**

► See separate instructions.

OMB No. 1545-0091

This return is for calendar year ► 19____ , OR fiscal year ended ► _____ , 19____ .

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Telephone number (optional) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. | | For Paperwork Reduction Act Notice, see page 4. |

(Please print or type)

**A** If the name or address shown above is different from that shown on the original return, check here . . . . . ► ☐

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? . . ☐ Yes ☐ No

**C** Filing status. Be sure to complete this line. Note: *You cannot change from joint to separate returns after the due date.*

On original return ► ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ► ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

\* If the qualifying person is a child but not your dependent, see instructions.

**USE PART II ON BACK TO EXPLAIN ANY CHANGES**

| Income and Deductions (see instructions) | | A. Original amount or as previously adjusted (see instructions) | B. Net change—Increase or (Decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see instructions) . . . . . . . | 1 | | | |
| 2 Itemized deductions or standard deduction . . . . . . | 2 | | | |
| 3 Subtract line 2 from line 1 . . . . . . . . . . | 3 | | | |
| 4 Exemptions. If changing, fill in Parts I and II on back . . . | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 . . . . | 5 | | | |
| **Tax Liability** 6 Tax (see instructions). Method used in col. C .................. | 6 | | | |
| 7 Credits (see instructions) . . . . . . . . . . . | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero . | 8 | | | |
| 9 Other taxes (see instructions). . . . . . . . . . | 9 | | | |
| 10 Total tax. Add lines 8 and 9 . . . . . . . . . . | 10 | | | |
| **Payments** 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see instructions . . . . | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return . . . . . . . . . . . . . | 12 | | | |
| 13 Earned income credit . . . . . . . . . . . . . | 13 | | | |
| 14 Credits from Form 4136 or Form 2439 . . . . . . . | 14 | | | |
| 15 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) . . . . . | 15 | | |
| 16 Amount of tax paid with original return plus additional tax paid after it was filed . . . . . . | 16 | | |
| 17 Total payments. Add lines 11 through 16 in column C . . . . . . . . . . . . . . . . . | 17 | | |

**Refund or Amount You Owe**

| | | |
|---|---|---|
| 18 Overpayment, if any, as shown on original return or as previously adjusted by the IRS . . . . | 18 | |
| 19 Subtract line 18 from line 17 (see instructions) . . . . . . . . . . . . . . . . . | 19 | |
| 20 AMOUNT YOU OWE. If line 10, column C, is more than line 19, enter the difference and see instructions . | 20 | |
| 21 If line 10, column C, is less than line 19, enter the difference . . . . . . . . . . . . | 21 | |
| 22 Amount of line 21 you want REFUNDED TO YOU . . . . . . . . . . . . . . . . . . | 22 | |
| 23 Amount of line 21 you want APPLIED TO YOUR 19____ ESTIMATED TAX | 23 | | |

**Sign Here**
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

► Your signature Date

► Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

| Preparer's signature ► | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address ► | | | EIN: |
| | | | ZIP code |

Cat. No. 11360L

Form **1040X** (Rev. 11-97)

**Form 1040X**
(Rev. November 1997)

Department of the Treasury—Internal Revenue Service

## Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No 1545-0091

This return is for calendar year ▶ 19_____, OR fiscal year ended ▶ _____, 19_____

**Please print or type**

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Telephone number (optional) ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. | | For Paperwork Reduction Act Notice, see page 4. |

**A** If the name or address shown above is different from that shown on the original return, check here . . . . . . ▶ ☐

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? . . ☐ Yes ☐ No

**C** Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see instructions.

**USE PART II ON BACK TO EXPLAIN ANY CHANGES**

| | | | A. Original amount or as previously adjusted (see instructions) | B. Net change—Increase or (Decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|---|
| | **Income and Deductions (see instructions)** | | | | |
| 1 | Adjusted gross income (see instructions) . . . . . . . | 1 | | | |
| 2 | Itemized deductions or standard deduction . . . . . . | 2 | | | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . | 3 | | | |
| 4 | Exemptions. If changing, fill in Parts I and II on back . . . | 4 | | | |
| 5 | Taxable income. Subtract line 4 from line 3 . . . . . . | 5 | | | |
| 6 | Tax (see instructions). Method used in col. C ............... | 6 | | | |
| 7 | Credits (see instructions) . . . . . . . . . . . . | 7 | | | |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero . | 8 | | | |
| 9 | Other taxes (see instructions) . . . . . . . . . . | 9 | | | |
| 10 | Total tax. Add lines 8 and 9 . . . . . . . . . . . | 10 | | | |
| 11 | Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see instructions . . . . | 11 | | | |
| 12 | Estimated tax payments, including amount applied from prior year's return . . . . . . . . . . . . . . . . | 12 | | | |
| 13 | Earned income credit . . . . . . . . . . . . . | 13 | | | |
| 14 | Credits from Form 4136 or Form 2439 . . . . . . . . | 14 | | | |
| 15 | Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) . . . . . | 15 | | | |
| 16 | Amount of tax paid with original return plus additional tax paid after it was filed . . . . . . | 16 | | | |
| 17 | Total payments. Add lines 11 through 16 in column C . . . . . . . . . . . . . . . . . | 17 | | | |
| | **Refund or Amount You Owe** | | | | |
| 18 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS . . . | 18 | | | |
| 19 | Subtract line 18 from line 17 (see instructions) . . . . . . . . . . . . . . | 19 | | | |
| 20 | AMOUNT YOU OWE. If line 10, column C, is more than line 19, enter the difference and see instructions | 20 | | | |
| 21 | If line 10, column C, is less than line 19, enter the difference . . . . . . . . . . . . | 21 | | | |
| 22 | Amount of line 21 you want REFUNDED TO YOU . . . . . . . . . . . . . . . | 22 | | | |
| 23 | Amount of line 21 you want APPLIED TO YOUR 19___ ESTIMATED TAX ▌ 23 ▌ | | | | |

**Sign Here**

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature Date ▶ Spouse's signature. If a joint return, BOTH must sign Date

**Paid Preparer's Use Only**

| Preparer's signature | | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|---|
| Firm's name (or yours if self-employed) and address | | | EIN | |
| | | | ZIP code | |

Cat. No. 11360L

Form **1040X** (Rev. 11-97)

| Form **1040X** (Rev. November 1997) | Department of the Treasury—Internal Revenue Service **Amended U.S. Individual Income Tax Return** ► See separate instructions. | OMB No. 1545-0091 |
|---|---|---|

This return is for calendar year ► 19 , OR fiscal year ended ► , 19 .

**Please print or type**

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Telephone number (optional) ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. | | For Paperwork Reduction Act Notice, see page 4. |

A If the name or address shown above is different from that shown on the original return, check here . . . . . . ► ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? . . ☐ Yes ☐ No

C Filing status. Be sure to complete this line. Note: *You cannot change from joint to separate returns after the due date.*

On original return ► ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ► ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see instructions.

| | USE PART II ON BACK TO EXPLAIN ANY CHANGES | | A. Original amount or as previously adjusted (see instructions) | B. Net change— Increase or (Decrease)— explain in Part II | C. Correct amount |
|---|---|---|---|---|---|
| | **Income and Deductions (see instructions)** | | | | |
| | 1 Adjusted gross income (see instructions) . . . . . . . . | 1 | | | |
| | 2 Itemized deductions or standard deduction . . . . . . . | 2 | | | |
| | 3 Subtract line 2 from line 1 . . . . . . . . . . . . . | 3 | | | |
| | 4 Exemptions. If changing, fill in Parts I and II on back . . . | 4 | | | |
| | 5 Taxable income. Subtract line 4 from line 3 . . . . . . . | 5 | | | |
| **Tax Liability** | 6 Tax (see instructions). Method used in col. C .................. | 6 | | | |
| | 7 Credits (see instructions) . . . . . . . . . . . . . . | 7 | | | |
| | 8 Subtract line 7 from line 6. Enter the result but not less than zero. | 8 | | | |
| | 9 Other taxes (see instructions) . . . . . . . . . . . . | 9 | | | |
| | 10 Total tax. Add lines 8 and 9 . . . . . . . . . . . . | 10 | | | |
| **Payments** | 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see instructions . . . . | 11 | | | |
| | 12 Estimated tax payments, including amount applied from prior year's return . . . . . . . . . . . . . . . . . | 12 | | | |
| | 13 Earned income credit . . . . . . . . . . . . . . . | 13 | | | |
| | 14 Credits from Form 4136 or Form 2439 . . . . . . . . . | 14 | | | |
| | 15 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) . . . . . | | | | 15 |
| | 16 Amount of tax paid with original return plus additional tax paid after it was filed . . . . . | | | | 16 |
| | 17 Total payments. Add lines 11 through 16 in column C . . . . . . . . . . . . . . . | | | | 17 |

**Refund or Amount You Owe**

| 18 Overpayment, if any, as shown on original return or as previously adjusted by the IRS . . . | 18 |
|---|---|
| 19 Subtract line 18 from line 17 (see instructions) . . . . . . . . . . . . . . . | 19 |
| 20 AMOUNT YOU OWE. If line 10, column C, is more than line 19, enter the difference and see instructions | 20 |
| 21 If line 10, column C, is less than line 19, enter the difference . . . . . . . . . . . | 21 |
| 22 Amount of line 21 you want REFUNDED TO YOU . . . . . . . . . . . . . . | 22 |
| 23 Amount of line 21 you want APPLIED TO YOUR 19___ ESTIMATED TAX | 23 | |

**Sign Here** Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature | Date | Spouse's signature. If a joint return, BOTH must sign. | Date |
|---|---|---|---|

| **Paid Preparer's Use Only** | Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address | | EIN ZIP code | |

Cat. No. 11360L

Form **1040X** (Rev. 11-97)

**Form 1040X**
(Rev. November 1997)

Department of the Treasury—Internal Revenue Service

## Amended U.S. Individual Income Tax Return

► See separate instructions.

OMB No. 1545-0091

This return is for calendar year ► 19 , OR fiscal year ended ► , 19 .

| | | |
|---|---|---|
| Your first name and initial | Last name | Your social security number |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Telephone number (optional) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. | | For Paperwork Reduction Act Notice, see page 4. |

**A** If the name or address shown above is different from that shown on the original return, check here . . . . . ► ☐

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? . . ☐ Yes ☐ No

**C** Filing status. Be sure to complete this line. Note: *You cannot change from joint to separate returns after the due date.*

On original return ► ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ► ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

\* If the qualifying person is a child but not your dependent, see instructions.

| USE PART II ON BACK TO EXPLAIN ANY CHANGES | | A. Original amount or as previously adjusted (see instructions) | B. Net change— increase or (Decrease)— explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see instructions)** | | | | |
| 1 Adjusted gross income (see instructions) . . . . . . . . | 1 | | | |
| 2 Itemized deductions or standard deduction . . . . . . | 2 | | | |
| 3 Subtract line 2 from line 1 . . . . . . . . . . . . | 3 | | | |
| 4 Exemptions. If changing, fill in Parts I and II on back . . . | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 . . . . . . . | 5 | | | |
| 6 Tax (see instructions). Method used in col. C ............... | 6 | | | |
| 7 Credits (see instructions) . . . . . . . . . . . . . | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero . | 8 | | | |
| 9 Other taxes (see instructions) . . . . . . . . . . | 9 | | | |
| 10 Total tax. Add lines 8 and 9 . . . . . . . . . . . . | 10 | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see instructions . . . . | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return . . . . . . . . . . . . . . . . . | 12 | | | |
| 13 Earned income credit . . . . . . . . . . . . . . | 13 | | | |
| 14 Credits from Form 4136 or Form 2439 . . . . . . . . . | 14 | | | |
| 15 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) . . . . . | 15 | | | |
| 16 Amount of tax paid with original return plus additional tax paid after it was filed . . . . . | 16 | | | |
| 17 Total payments. Add lines 11 through 16 in column C . . . . . . . . . | 17 | | | |
| **Refund or Amount You Owe** | | | | |
| 18 Overpayment, if any, as shown on original return or as previously adjusted by the IRS . . . . | 18 | | | |
| 19 Subtract line 18 from line 17 (see instructions) . . . . . . . . . . | 19 | | | |
| 20 AMOUNT YOU OWE. If line 10, column C, is more than line 19, enter the difference and see instructions | 20 | | | |
| 21 If line 10, column C, is less than line 19, enter the difference . . . . . . . . . . . | 21 | | | |
| 22 Amount of line 21 you want REFUNDED TO YOU . . . . . . . . . . . | 22 | | | |
| 23 Amount of line 21 you want APPLIED TO YOUR 19 ESTIMATED TAX | 23 | | | |

**Sign Here**
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature Date ▶ Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

Preparer's signature ▶ Date Check if self-employed ☐ Preparer's social security no.

Firm's name (or yours if self-employed) and address ▶ EIN ZIP code

Cat. No. 11360L Form **1040X** (Rev. 11-97)

**Form 1040X**
(Rev. November 1997)

Department of the Treasury—Internal Revenue Service

## Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No 1545-0091

This return is for calendar year ▶ 19_____ , OR fiscal year ended ▶ _____, 19_____

| | |
|---|---|
| Your first name and initial | Last name | Your social security number |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Telephone number (optional) ( ) |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. | | For Paperwork Reduction Act Notice, see page 4. |

A If the name or address shown above is different from that shown on the original return, check here . . . . . . ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? . . ☐ Yes ☐ No

C Filing status. Be sure to complete this line. Note: *You cannot change from joint to separate returns after the due date.*

On original return ▶ ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see instructions.

| USE PART II ON BACK TO EXPLAIN ANY CHANGES | | A. Original amount or as previously adjusted (see instructions) | B. Net change—Increase or (Decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see Instructions)** | | | | |
| 1 Adjusted gross income (see instructions) . . . . . . . | 1 | | | |
| 2 Itemized deductions or standard deduction . . . . . . | 2 | | | |
| 3 Subtract line 2 from line 1 . . . . . . . . . . | 3 | | | |
| 4 Exemptions. If changing, fill in Parts I and II on back . . . | 4 | | | |
| 5 Taxable income. Subtract line 4 from line 3 . . . . . . | 5 | | | |
| 6 Tax (see instructions). Method used in col. C _____ | 6 | | | |
| 7 Credits (see instructions) . . . . . . . . . . . | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero . | 8 | | | |
| 9 Other taxes (see instructions) . . . . . . . . . . | 9 | | | |
| 10 Total tax. Add lines 8 and 9 . . . . . . . . . . | 10 | | | |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see instructions . . . . | 11 | | | |
| 12 Estimated tax payments, including amount applied from prior year's return . . . . . . . . . . . . . . | 12 | | | |
| 13 Earned income credit . . . . . . . . . . . . | 13 | | | |
| 14 Credits from Form 4136 or Form 2439 . . . . . . . | 14 | | | |
| 15 Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) . . . . . | 15 | | | |
| 16 Amount of tax paid with original return plus additional tax paid after it was filed . . . . . | 16 | | | |
| 17 Total payments. Add lines 11 through 16 in column C . . . . . . . . . . . . . . . . | 17 | | | |
| **Refund or Amount You Owe** | | | | |
| 18 Overpayment, if any, as shown on original return or as previously adjusted by the IRS . . . . . | 18 | | | |
| 19 Subtract line 18 from line 17 (see instructions) . . . . . . . . . . . . . . . . | 19 | | | |
| 20 AMOUNT YOU OWE. If line 10, column C, is more than line 19, enter the difference and see instructions | 20 | | | |
| 21 If line 10, column C, is less than line 19, enter the difference . . . . . . . . . . . . | 21 | | | |
| 22 Amount of line 21 you want REFUNDED TO YOU . . . . . . . . . . . . . . . . | 22 | | | |
| 23 Amount of line 21 you want APPLIED TO YOUR 19____ ESTIMATED TAX | 23 | | | |

**Sign Here**

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature / Date ▶ Spouse's signature. If a joint return, BOTH must sign. / Date

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security no. |
| Firm's name (or yours if self-employed) and address ▶ | | EIN | |
| | | ZIP code | |

Cat. No. 11360L

Form **1040X** (Rev. 11-97)

. . .

---

## Handwriting/Hand printing Exemplar

---

_TO BE COMPLETED BY SUBJECT (not witness)_

Name

_____

_____

. . . . . . . . . . . . . . . . . . . . . . . .

| Right handed or Left handed Writer

_____

Do you have any condition(s) which may affect your present writing ability? Yes ☐ No ☐

If yes, explain:

_____

**The CAPITAL letters of the Alphabet**

_____ _____ _____ _____ _____ _____ _____ _____ _____ _____

_____ _____ _____ _____ _____ _____ _____ _____ _____ _____

_____ _____ _____ _____

**The lower case letters of the Alphabet**

_____ _____ _____ _____ _____ _____ _____ _____ _____ _____

_____ _____ _____ _____ _____ _____ _____ _____ _____ _____

_____ _____ _____ _____

| Signature | Witness's Signature |
|---|---|
| Date | Date and Time |

*Exhibit B*

Form 6540 (Rev. 11 2004) Page 1 Cat #43431R Department of the Treasury Internal Revenue Service

## Handwriting/Hand printing Exemplar -- Continued

Arthur Thomas Rosenburg, Doctor _____

Annabelle Ursula Smith, Nurse _____

Bryan Douglas Robinson, President _____

Betsy Lynn Sheaffer, Stepdaughter _____

Charles J. Miller Johnson, Creditor _____

Connie Patricia Roman, Asst. Manager _____

Douglas Nathan MacHarbrough, Jr. _____

Debbi Teresa Johnston, Secretary _____

Edward Lewis Cook Pierce, Son _____

Elizabeth Kathlyn Enjoli Regan, C.P.A. _____

Latonya Francis Xavier, Esquire _____

Jacqueline Kelly Thompson, Manager _____

Gregory Niles Brown Rodgers, Dentist _____

Horatio Alexander Ibsen, Doctor _____

Isadore Jenkins Xerxes, Supervisor _____

| Signature | Witness's Signature |
|-----------|---------------------|
| Date | Date and Time |

## Handwriting/Hand printing Exemplar -- Continued

Kyle Mitchell O'Dell, Computer Asst. _____

Nathaniel Palmer Jones Williams, V.P. _____

Quincy Rufus Jones O'Donald, Grantor _____

Reginald Harrison Richardson, Sr. _____

Stephen Vincent Brockington, Esq. _____

Timothy Kenneth Ziegler, Ph.D. _____

Stanley George Kominski, Plumber _____

Valarie Maria Townsend, Dentist _____

Wallace Harry Ridgley, Secretary _____

Zackery Samuel Goldbert, C.P.A. _____

Martin James Oliver Pinkman, O.D. _____

Boris Hugo Quirke, Accountant _____

Renaldo Garcia Gonzalez, Salesman _____

Yvette Davis Anthony Caruso, Trustee _____

Webster Lawrence Underhill, President _____

| Signature | Witness's Signature |
|---|---|
| Date | Date and Time |

## Handwriting/Hand printing Exemplar — Continued

| | | | |
|---|---|---|---|
| Paid Cash | _____ | Interest Expense | _____ |
| Rec'd Loan | _____ | Secured Loan | _____ |
| Approximate | _____ | Office Supplies | _____ |
| Statements | _____ | For Deposit Only | _____ |
| Balance | _____ | Bank Deposit | _____ |
| Withdrawal | _____ | Paid in Full | _____ |
| Internal Revenue Service Center | _____ | | |

A tour through our national parks would be enjoyable to you, I know. We left Los Angeles at 7:45 a.m., September 20th, via Valley Boulevard, and motored to the Grand Canyon in Arizona. From there we drove to Zion National Park in Utah. Next, a jump to Yellowstone. Then we drove up the coast, into California, and through the Redwood Forest to San Francisco, the commercial hub, arriving at 9:30 p.m., October 21st. Here Mr. and Mrs. John X. Dix of 685 East Queen Street, Topeka, Kansas joined us. Overall, I found the roads good, and some quite equal to the best.

| Signature | Witness's Signature |
|---|---|
| Date | Date and Time |

1218

---

## Handwriting/Hand printing Exemplar -- Continued

| | | | |
|---|---|---|---|
| January 5, 1999 | _____ | February 3, 2002 | _____ |
| March 14, 1998 | _____ | September 17, 2001 | _____ |
| May 27, 1997 | _____ | November 6, 2000 | _____ |
| July 25, 1996 | _____ | August 31, 2001 | _____ |
| April 4, 2003 | _____ | October 8, 2002 | _____ |
| June 16, 2000 | _____ | December 5, 1998 | _____ |
| Monday | _____ | Tuesday | _____ |
| Wednesday | _____ | Thursday | _____ |
| Friday | _____ | Saturday | _____ |
| Sunday | _____ | Mon. | _____ |
| Tues. | _____ | Wed. | _____ |
| Thurs. | _____ | Fri. | _____ |
| Sat. | _____ | Sun. | _____ |

In numeric form, write the following amounts

| | | | |
|---|---|---|---|
| $8386 | _____ | $5124 and 76/100 | _____ |
| $714.00 | _____ | $3,964 and 26/XX | _____ |
| $15,000.00 | _____ | $2,678. and 91/00 | _____ |
| $76289.00 | _____ | $36,489 & xx/100 | _____ |
| $4685. | _____ | $42,375 and 00/00 | _____ |
| $12345.67 | _____ | $2,747. & 65/100 | _____ |
| $72,964.36 | _____ | $51,333 and XX/00 | _____ |
| $100000.00 | _____ | $596,899 & no/100 | _____ |

| Signature | Witness's Signature |
|---|---|
| Date | Date and Time |

## Handwriting/Hand printing Exemplar -- Continued

Write/print the following words and numbers:

| One | _____ | Two | _____ | Three | _____ | Four | _____ |
|---|---|---|---|---|---|---|---|
| Five | _____ | Six | _____ | Seven | _____ | Eight | _____ |
| Nine | _____ | Ten | _____ | Eleven | _____ | Twelve | _____ |

Thirteen _____ Fourteen _____

Fifteen _____ Sixteen _____

Seventeen _____ Eighteen _____

Nineteen _____ Twenty _____

Twenty four _____ Twenty Two _____

Thirty three _____ Thirty Five _____

Forty six _____ Forty Eight _____

Fifty two _____ Fifty One _____

Sixty one _____ Sixty Three _____

Seventy five _____ Seventy _____

Eighty three _____ Eighty four _____

Ninety six _____ Ninety Nine _____

One hundred _____ Two Hundred _____

Eleven thousand _____ Three million _____

Six hundred forty seven thousand _____

Seven hundred ninety two thousand _____

Fifty Eight Thousand Dollars _____

One hundred thousand dollars _____

| Signature | Witness's Signature |
|---|---|
| Date | Date and Time |

## Handwriting/Hand printing Exemplar -- Continued

100% Financial Security Service
2001 South Kentwood Boulevard
Kansas City, Missouri 64999 - 0102

North Heights Day Care Center
1976 Highland Corporate Avenue
Holtsville, New-York 11742 - 0002

Vasquez McKinney, President
8348 Michael Brookhaven Court
Fresno, California 93888

Main Drive Priority Loans
7658 East Campbell Street
Memphis, Tennessee 37501

Sterling West @ daughter.mail.com

Felicia Annette Rodriguez
2244 Bradley Field Parkway
Philadelphia, Pennsylvania 19255

Husband & Wife Catering Service
54th & 3rd at Southfield Square
Cincinnati, Ohio 45999

Dollar Bills Savings + Loan
5529 Ogden Andover Lane
Atlanta, GA 39901

Nick Burkett, Sales Assistant
7589 Medical Place Suite #432
C/O Post Office Box 1693
Austin, Texas 73301

| Signature | Witness's Signature |
|---|---|
| Date | Date and Time |